DOMINICA C. ANDERSON (SBN 2988)
TYSON E. HAFEN (SBN 13139)
**DUANE MORRIS LLP**
100 N. City Parkway, Suite 1560
Las Vegas, NV  89106
T: 702.868.2600; F: 702.385.6862
Email:  dcanderson@duanemorris.com
             tehafen@duanemorris.com

Attorneys for Defendant *U.S. Bank National Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH G. SADALLAH,<br><br>                    Plaintiff,<br><br>vs.<br><br>US BANK, NATIONAL ASSOCIATION; FIA CARD SERVICES, NATIONAL ASSOCIATION; MERRICK BANK,<br><br>                    Defendants. | Case No.: 2:17-cv-00060-RFB-VCF<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO U.S. BANK NATIONAL ASSOCIATION** |

IT IS HEREBY STIPULATED AND AGREED between DEBORAH G. SADALLAH ("Plaintiff") and Defendant U.S. BANK NATIONAL ASSOCIATION ("U.S. Bank"), by and through their respective counsel of record, that this matter be dismissed as to U.S. Bank only, with prejudice, pursuant to FRCP 41(a)(2), with each party to bear their own attorney's fees and costs.

| | |
|---|---|
| **DUANE MORRIS LLP**<br><br>By:    /s/ *Tyson E. Hafen*<br>       DOMINICA C. ANDERSON (SBN 2988)<br>       TYSON E. HAFEN (SBN 13139)<br>       Attorneys for Defendant, *U.S. Bank National Association* | **HAINES & KRIEGER, LLC**<br><br>By:    /s/ *David H. Krieger*<br>       DAVID H. KRIEGER (SBN 9086)<br>       Attorneys for Plaintiff, *Deborah G. Sadallah* |

Case No.: 2:17-cv-00060-RFB-VCF

## ORDER

Pursuant FRCP 41(a)(2) and based on the stipulation between Plaintiff and U.S. Bank above, it is hereby ordered that this matter proceeding in the United States District Court for the District of Nevada as case number 2:17-cv-00060, is dismissed in its entirety with prejudice as to U.S. Bank only, with each party to bear its own fees and costs.

**IT IS SO ORDERED**.

DATED:   March 23, 2017.

_____.
RICHARD F. BOULWARE, II
United States District Judge